UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MAURICE JOHNSON (5),<br><br>Defendant. | Case No.: 21CR2909-BAS<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE TIME PURSUANT TO TITLE 18, U.S.C. § 3161(h)(7)(B)(ii) AND CONTINUE THE MOTION HEARING/TRIAL SETTING CONFERENCE** |

This matter comes before the Court upon the application of the United States of America to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the joint motion of the parties, the Court makes the following findings:

IT IS HEREBY ORDERED that this case shall be deemed complex for purposes of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. Based on the large volume of the discovery, the number of defendants in this case, the complex nature of the prosecutions and possible existence of novel questions of fact or law, it would be unreasonable to expect defense counsel to be able to effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendants in a speedy trial.

1     IT IS FURTHER ORDERED that the time between December 2, 2021 and April 11, 2022, be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and

    IT IS FURTHER ORDERED that the current motion hearing/trial setting date of January 10, 2022, is hereby VACATED and RESET to April 11, 2022 at 2:00 a.m.

DATED: 1/3/22

HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE